# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1625

_____

| | | |
|---|---|---|
| Dale Brent Adams, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Arkansas. |
| Tyson Foods, Inc., | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: October 4, 2011
Filed: October 7, 2011

_____

Before MURPHY, ARNOLD, and BENTON, Circuit Judges.

_____

PER CURIAM.

Dale Adams appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action against his former employer, Tyson Foods. Upon careful de novo review, we conclude that the district court properly granted Tyson Foods summary judgment, because Adams failed to present a trialworthy issue as to whether Tyson's legitimate, non-discriminatory reason for his termination was a pretext for unlawful discrimination. See Tusing v. Des Moines Indep. Cmty. Sch. Dist., 639 F.3d 507, 514-18 (8th Cir. 2011) (standard of review; burden-shifting

---

[1]The Honorable Jimm Larry Hendren, United States District Judge for the Western District of Arkansas.

analysis); <u>Manning v. American Republic Ins. Co.</u>, 604 F.3d 1030, 1044 (8th Cir.) (absenteeism constitutes legitimate, non-discriminatory reason for termination), <u>cert. denied</u>, 131 S. Ct. 648 (2010); <u>Bloom v. Metro Heart Grp. of St. Louis, Inc.</u>, 440 F.3d 1025, 1028-29 (8th Cir. 2006) (conclusory allegations and speculation are insufficient to defeat summary judgment).

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B. We also deny Adams's pending motions for an injunction and sanctions.

_____